UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HIGHLAND CAPAITAL MANAGEMENT, LP., <br><br> Plaintiff, <br><br> vs. <br><br> CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A. <br><br> Defendants. | CIVIL ACTION No. 3:12-CV-01100 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorneys, Mark K. Glasser and Tracy N. LeRoy, enter their appearance in this matter for Defendant Babson Capital Management LLC for purposes of receiving all pleadings and documents from all counsel of record, and notices and orders from the Court.

Dated: April 17, 2012

/s/ *Tracy N. LeRoy*
Tracy N. LeRoy
Texas Bar No. 24062847
Email: tleroy@sidley.com
Mark K. Glasser
State Bar No. 08014599
Email: mglasser@sidley.com
SIDLEY AUSTIN LLP
600 Travis Street, 31st Floor
Houston, Texas 77002
Tel: (713) 315-9000
Fax: (713) 315-9199

ATTORNEY FOR DEFENDANTS
BABSON CAPITAL MANAGEMENT LLC

DA1 510904v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2012, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(.1(d), and other parties will be served in compliance with the Federal Rules of Civil Procedure.

/s/ Tracy N. LeRoy
Tracy N. LeRoy

DA1 510904v.1