UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., § § *Plaintiff,* § § v. § § CITIGROUP GLOBAL MARKETS, § INC., BABSON CAPITAL § MANAGEMENT LLC, and THE BANK § OF NEW YORK MELLON TRUST, § N.A., § *Defendants.* § | | NO. 3:12-CV-01100 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS.**

Plaintiff Highland Capital Management, L.P. ("Plaintiff" or "Highland") files this Certificate of Interested Persons. The following persons or entities have a financial interest in the outcome of this case:

1. Highland Capital Management, L.P., Plaintiff;

2. Citigroup Global Markets, Inc., Defendant;

3. Babson Capital Management, LLC, Defendant;

4. The Bank of New York Mellon Trust Company, National Association, Defendant;

5. Strand Advisors, Inc., a Delaware Corporation, the general partner of Highland Capital Management, L.P.;

6. Joe Dougherty, a limited partner of Highland Capital Management, L.P.;

7. Greg Sutecheli, a limited partner of Highland Capital Management, L.P.;

8. Amit Walia, a limited partner of Highland Capital Management, L.P.;

9. Patrick Boyce, a limited partner of Highland Capital Management, L.P.;

10. Lane Britain, a limited partner of Highland Capital Management, L.P.;

11. Mark Okada, a limited partner of Highland Capital Management, L.P.;

12. The Get Good Trust, a limited partner of Highland Capital Management, L.P., the trustee of which is Grant Scott, and the beneficiaries of which are Reese Dondero and Jamison Dondero;

13. The Get Good Non-Exempt Trust No. 1, a limited partner of Highland Capital Management, L.P., the trustee of which is Grant Scott, and the beneficiaries of which are Reese Dondero and Jamison Dondero;

14. The Get Good Non-Exempt Trust No. 2, a limited partner of Highland Capital Management, L.P., the trustee of which is Grant Scott, and the beneficiaries of which are Reese Dondero and Jamison Dondero;

15. The Dugaboy Investment Trust, a limited partner of Highland Capital Management, L.P., the trustee of which is Grant Scott, and the beneficiaries of which are Reese Dondero, Jamison Dondero and James Dondero;

16. Mark and Pamela Okada Family Trust, a limited partner of Highland Capital Management, L.P., the trustee of which is Lawrence Tonomura, and the beneficiaries of which are Paul Okada, Leanne Okada, Jill Okada, Doug Tonamura, Lawrence Tonomura and Heidi Tonomura; and

17. Mark and Pamela Okada Family Trust - Exempt Descendants Trust #2, a limited partner of Highland Capital Management, L.P., the trustee of which is Lawrence Tonomura, and the beneficiaries of which are Paul Okada, Leanne Okada, Jill Okada, Doug Tonamura, Lawrence Tonomura and Heidi Tonomura;.

Dated: April 24, 2012

          Respectfully submitted,

          **McKOOL SMITH P.C.**

          By: */s/ Lewis LeClair* _____
             Lewis LeClair
             Texas State Bar No. 12072500
             300 Crescent Court, Suite 1500
             Dallas, TX 75201
             Telephone: (214) 978-4000
             Facsimile: (214) 978-4044

          **ATTORNEYS FOR PLAINTIFF,**
          **HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on all counsel of record on this the 24 day of April, 2012 through the CM/ECF system.

          */s/ Lewis LeClair*
          Lewis LeClair