IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., *et al.*, § § § | | |
| Plaintiffs, § § | | |
| v. § § | Civil Action No. 3:12-CV-1100-N | |
| CITIGROUP GLOBAL MARKETS, INC., *et al.*, § § § § | | |
| Defendants. § | | |

## **ORDER**

This Order addresses Plaintiff Highland Capital Management, L.P.'s ("HCM") expedited motion to stay consideration of Defendant Citigroup Global Market, Inc.'s ("CGM") motion to dismiss or transfer pending ruling on Plaintiff's motion to remand [14] and motion to expedite ruling on its motion to stay consideration of Defendant Citigroup Global Market, Inc.'s motion to dismiss or transfer [15]. The Court grants them in part as follows. CGM shall respond to HCM's motion to stay by Friday, May 18, 2012. HCM shall reply by Wednesday, May 23, 2012. HCM's response to CGM's motion to dismiss is deferred until seven days after the Court rules on HCM's motion to stay, or such other later time as the Court may order.

ORDER – PAGE 1

Signed May 11, 2012.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2