# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § § § | |
| Plaintiff, | § § | Case No. 3:12-CV-01100-N |
| vs. | § § | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT, LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., | § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following hereby enters his appearance as counsel for Defendant The Bank of New York Mellon Trust, N.A.:

David L. Swanson
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8514
Fax: (214) 740-8800
dswanson@lockelord.com
Texas Bar No. 19554625

**NOTICE OF APPEARANCE – Page 1**

Dated:  May 15, 2012

                                    Respectfully submitted,

                                    */s/ David L. Swanson*_____
                                    David L. Swanson
                                        dswanson@lockelord.com
                                        Texas Bar No. 19554625
                                    LOCKE LORD LLP
                                    2200 Ross Avenue, Suite 2200
                                    Dallas, Texas  75201
                                    Telephone: (214) 740-8514
                                    Facsimile:  (214) 740-8800

                                    Attorney for Defendant
                                    The Bank of New York Mellon Trust, N.A.

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been served on this 15th day of May, 2012 on all counsel of record who are deemed to have consented to have electronic service by the Court's CM/ECF system.  Any other counsel of record will be served by first class U.S. mail.


                                    */s/ David L. Swanson*_____
                                    David L. Swanson