UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A.,<br><br>Defendants. | Civil Action No. 3:12-CV-01100 |

## JOINDER OF DEFENDANT BABSON CAPITAL MANAGEMENT LLC IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

For the reasons set forth in the memorandum of law on behalf of Defendant Citigroup Global Markets, Inc. in opposition to Plaintiff Highland Capital Management, LP's Motion to Remand [Dkt #18], filed today, Defendant Babson Capital Management LLC opposes Plaintiff's motion to remand this case to the District Court of Dallas County, Texas.

Dated: May 15, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP

By:   /s/ Tracy N. LeRoy
    Tracy N. LeRoy, Texas Bar No. 24062847
    Email: tleroy@sidley.com
    Mark K. Glasser, State Bar No. 08014599
    Email: mglasser@sidley.com
600 Travis Street, 31st Floor
Houston, Texas 77002
Tel: (713) 315-9000
Fax: (713) 315-9199

*Attorneys for Defendant Babson Capital Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5.1(d), and other parties will be served in compliance with the Federal Rules of Civil Procedure.

/s/ *Tracy N. LeRoy*
Tracy N. LeRoy