**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | Case No. 3:12-CV-01100-N |
| vs. | | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT, LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., | | |
| Defendants. | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following hereby enters his appearance as counsel for Defendant The Bank of New York Mellon Trust, N.A.:

C. Scott Jones
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8761
Fax: (214) 740-8800
sjones@lockelord.com
Texas Bar No. 24012922

**NOTICE OF APPEARANCE – Page 1**

Dated:  May 15, 2012

        Respectfully submitted,

        */s/ C. Scott Jones*_____  
        C. Scott Jones  
          sjones@lockelord.com  
          Texas Bar No. 24012922  
        LOCKE LORD LLP  
        2200 Ross Avenue, Suite 2200  
        Dallas, Texas  75201  
        Telephone: (214) 740-8761  
        Facsimile:  (214) 740-8800

        Attorney for Defendant  
        The Bank of New York Mellon Trust, N.A.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been served on this 15th day of May, 2012 on all counsel of record who are deemed to have consented to have electronic service by the Court's CM/ECF system.  Any other counsel of record will be served by first class U.S. mail.

        */s/ C. Scott Jones*_____  
        C. Scott Jones