**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HIGHLAND CAPITAL, MANAGEMENT, LP., § § *Plaintiff*, § § v. § § CITIGROUP GLOBAL MARKETS, INC., § BABSON CAPITAL MANAGEMENT § LLC, and THE BANK OF NEW YORK § MELLON TRUST, N.A., § § *Defendants*. § | **Case No. 3:12-CV-01100** |

### BANK OF NEW YORK MELLON TRUST, N.A.'S RULE 10(C) JOINDER IN AND INCORPORATION OF CITIGROUP GLOBAL MARKETS, INC.'S OPPOSITION TO MOTION TO REMAND

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, Defendant Bank of New York Mellon Trust, N.A. ("BNYM Trust") joins in and incorporates by reference Defendant Citigroup Global Market, Inc.'s Opposition to Motion to Remand as if fully set forth herein.

Dated:  May 15, 2012.

                                                Respectfully submitted,

                                                s/ C. Scott Jones
                                                David L. Swanson
                                                  State Bar No. 19554625
                                                  dswanson@lockelord.com
                                                C. Scott Jones
                                                  State Bar No. 24012922
                                                  sjones@lockelord.com
                                               **LOCKE LORD LLP**
                                               2200 Ross Avenue, Suite 2200
                                               Dallas Texas 75201-6776
                                               (214) 740-8000 (Telephone)
                                               (214) 756-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANT BANK
OF NEW YORK MELLON TRUST, N.A**

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, a true and correct copy of the foregoing document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Lewis LeClair
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
**Attorneys for Plaintiff Highland
Capital Management, LP**

George M. Kryder
Michael C. Holmes
Manuel G. Berrelez
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
**Attorneys for Defendant Citigroup
Global Markets, Inc.**

                                                 s/ C. Scott Jones
                                                 C. Scott Jones