UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., | § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., | § § § § § § | NO. 3:12-CV-01100 |
| *Defendants.* | § | |

**PLAINTIFF'S APPENDIX IN SUPPORT OF**
**SUPPLEMENTAL MOTION TO REMAND**

Plaintiff Highland Capital Management, L.P. ("Highland") files its Appendix in Support of its Supplemental Motion to Remand and would show the Court as follows:

| **Description** | **Appendix Pages** |
|---|---|
| Declaration of Lewis T. LeClair | Appendix 1-3 |
| Citation and Affidavit of Service on Citigroup Global Markets, Inc. | Appendix 4-6 |
| Citation and Affidavit of Service on Babson Capital Management, LLC | Appendix 7-8 |
| Citation and Affidavit of Service on The Bank of New York Mellon Trust Company, National Association | Appendix 9-11 |

Dated: May 18, 2012

          Respectfully submitted,

          **McKOOL SMITH P.C.**

          By: */s/ Lewis LeClair*
             Lewis LeClair
             Texas State Bar No. 12072500
             300 Crescent Court, Suite 1500
             Dallas, TX 75201
             Telephone: (214) 978-4000
             Facsimile: (214) 978-4044

          **ATTORNEYS FOR PLAINTIFF,**
          **HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on all counsel of record on this the 18th day of May, 2012 through the CM/ECF system.

          */s/ Lewis LeClair*
          Lewis LeClair