# EXHIBIT A

FILED

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

2012 APR 12  PM 4: 16

GARY FITZSIMMONS
DALLAS CO. TEXAS

_____ DEPUTY

To:  CITIGROUP GLOBAL MARKETS INC BE SERVED THROUGH ITS REGISTERED
AGENT, CT CORPORATION SYSTEM
350 N ST PAUL ST STE 2900
DALLAS TX 75201-4234

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **HIGHLAND CAPITAL MANAGEMANT LP**

Filed in said Court **9th day of April, 2012** against

**CITIGROUP GLOBAL MARKETS INC., ETAL**

For Suit, said suit being numbered **DC-12-03783**, the nature of which demand is as follows:
Suit on **OTHER CONTRACT** etc. as shown on said petition ,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of April, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
    EVETTE LAMB

[Seal: DISTRICT COURT OF DALLAS COUNTY, TEXAS]

[Stamp: DALLAS COUNTY FEES PAID]

---

**ATTY**

**CITATION**

**DC-12-03783**

**HIGHLAND CAPITAL MANAGEMANT LP**
**vs.**
**CITIGROUP GLOBAL MARKETS INC., et al**

ISSUED THIS
**9th day of April, 2012**

By: EVETTE LAMB, Deputy

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

**Attorney for Plaintiff**
Lewis Titus Leclair
300 Crescent Court, Ste 1500
Dallas Tx. 75201
214-978-4984

App. 5

# OFFICER'S RETURN

Case No. : DC-12-03783

Court No. 101st District Court

Style: HIGHLAND CAPITAL MANAGEMANT LP

vs.

CITIGROUP GLOBAL MARKETS INCet al

Came to hand on the _____ day of _____, 20 ____ at _____ o'clock **\*\* SEE ATTACHED .M. on the _____

within the County of _____ AFFIDAVIT .M. Executed at _____

20 ____, by delivering to the within named _____ day of _____

each, in person, a true copy of this Citation together with the accompanying copy of this plea\*\*\*\*, first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | |
|---|---|
| For serving Citation | $ _____ |
| For mileage | $ _____ |
| For Notary | $ _____ |

(Must be verified if served outside the State of Texas.)

of _____ County,

By _____ Deputy

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ____

to certify which witness my hand and seal of office.

_____ Notary Public, _____ County

CAUSE NO. DC-12-03783

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 101ST JUDICIAL DISTRICT |
| CITIGROUP GLOBAL MARKETS, INC., ET AL, | § | |
| | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Tuesday, April 10, 2012 at 7:30 AM,**
Executed at: **350 N ST PAUL ST, STE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at **8:17 AM**, on **Tuesday, April 10, 2012,**
by delivering to the within named:

### CITIGROUP GLOBAL MARKETS INC

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, AMBER CARROUTH**
Each, in person a true copy of this

### CITATION, PLAINTIFF'S AMENDED ORIGINAL PETITION and EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Joe Clewis** who after being duly sworn on oath states: "My name is **Joe Clewis**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

                       **Joe Clewis**

Of:   **Dallas County**

By:   
           Authorized Person - SCH4129 - Exp 08/31/14

Subscribed and Sworn to by Joe Clewis, Before Me, the undersigned authority, on this 11th day of April, 2012.

CHARITY N. COLEMAN
Notary Public, State of Texas
My Commission Exp. 03-21-2013

Notary Public in and for The State of Texas

App. 7

# EXHIBIT B

FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

2012 APR 12 PM 4:15

To:  BABSON CAPITAL MANAGEMENT LLC BE SERVED THROUGH ITS REGISTERED
     AGENT, CT CORPORATION SYSTEM
     350 N ST PAUL ST STE 2900
     DALLAS TX 75201-4234

GARY FITZSIMMONS
DALLAS CO. TEXAS

_____ DEPUTY

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may be
taken against you. Your answer should be addressed to the
clerk of the 101st District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HIGHLAND CAPITAL MANAGEMANT LP

Filed in said Court 9th day of April, 2012 against

CITIGROUP GLOBAL MARKETS INC., ETAL

For Suit, said suit being numbered DC-12-03783, the nature of which demand is as follows:
Suit on OTHER CONTRACT etc. as shown on said petition,
a copy of which accompanies this citation. If this citation is not served, it shall be returned
unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of April, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____
   EVETTE LAMB

_____, Deputy

[seal: DISTRICT COURT OF DALLAS COUNTY, TEXAS]

---

**ATTY**

## CITATION

## DC-12-03783

HIGHLAND CAPITAL
MANAGEMANT LP
vs.
CITIGROUP GLOBAL MARKETS
INC., et al

ISSUED THIS
9th day of April, 2012

By:  EVETTE LAMB, Deputy

GARY FITZSIMMONS,
Clerk District Courts,
Dallas County, Texas

**Attorney for Plaintiff**
Lewis Titus Leclair
300 Crescent Court, Ste 1500
Dallas Tx 75201
214-978-4984

DALLAS COUNTY
FEES
PAID

FEES NOT
PAID

### CAUSE NO. <u>DC-12-03783</u>

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § § | |
| VS. | § § | 101ST JUDICIAL DISTRICT |
| CITIGROUP GLOBAL MARKETS, INC., ET AL, | § § § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Tuesday, April 10, 2012 at 7:30 AM,**
Executed at: **350 N ST PAUL ST, STE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at **8:17 AM**, on **Tuesday, April 10, 2012,**
by delivering to the within named:

### BABSON CAPITAL MANAGEMENT LLC

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, AMBER CARROUTH**
Each, in person a true copy of this

### CITATION, PLAINTIFF'S AMENDED ORIGINAL PETITION and EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Joe Clewis** who after being duly sworn on oath states: "My name is **Joe Clewis**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Joe Clewis**

Of:   **Dallas County**

By:

Authorized Person - SCH4129 - Exp 08/31/14

Subscribed and Sworn to by Joe Clewis, Before Me, the undersigned authority, on this _11th_ day of April, 2012.

CHARITY N. COLEMAN
Notary Public, State of Texas
My Commission Exp. 03-21-2013

Charity N. Coleman
Notary Public in and for The State of Texas

App. 10

# EXHIBIT C

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

2012 APR 12 PM 4:16

To:  **THE BANK OF NEW YORK MELLON TRUST NATIONAL ASSOCIATION
BE SERVED THROUGH ITS REGISTERED AGENT, CT CORPORATION SYSTEM
350 N ST PAUL ST STE 2900
DALLAS TX 75201-4234**

_____ DEPUTY

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **AMENDED** petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **HIGHLAND CAPITAL MANAGEMANT LP**

Filed in said Court **9th day of April, 2012** against

**CITIGROUP GLOBAL MARKETS, INC., ETAL**

For Suit, said suit being numbered **DC-12-03783**, the nature of which demand is as follows: Suit on **OTHER CONTRACT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 10th day of April, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By: _____, Deputy
      EVETTE LAMB



---

**ATTY**

# CITATION

## DC-12-03783

**HIGHLAND CAPITAL
MANAGEMANT LP**
vs.
**CITIGROUP GLOBAL
MARKETS INC., et al**

ISSUED THIS
**10th day of April, 2012**

By: EVETTE LAMB, Deputy

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

**Attorney for Plaintiff**
Lewis Titus Leclair
300 Crescent Court, Ste 1500
Dallas Tx. 75201
214-978-4984



# OFFICER'S RETURN

Case No. : DC-12-03783

Court No.101st District Court

Style: HIGHLAND CAPITAL MANAGEMANT LP

vs.

CITIGROUP GLOBAL MARKETS INCet al

Came to hand on the _____ day of _____, at _____ o'clock _____.M. Executed at _____

within the County of _____, at _____ o'clock _____.M. on the _____ day of _____

20 _____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this PETITION having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

**\*\*\*SEE ATTACHED AFFIDAVIT\*\*\***

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County, |
| For Notary | $ _____ | By _____ |
| | (Must be verified if served outside the State of Texas.) | _____ Deputy |

Signed and sworn to by the said _____

to certify which witness my hand and seal of office.   before me this _____ day of _____, 20 _____

_____
Notary Public _____ County

CAUSE NO. <u>DC-12-03783</u>

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § § | |
| VS. | § | 101ST JUDICIAL DISTRICT |
| CITIGROUP GLOBAL MARKETS, INC., ET AL, | § § § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Tuesday, April 10, 2012 at 12:01 PM**,
Executed at: **350 N ST PAUL ST, STE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at **12:13 PM**, on **Tuesday, April 10, 2012**,
by delivering to the within named:

**THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION**

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, MARIE GARCIA**
Each, in person a true copy of this

**CITATION, PLAINTIFF'S AMENDED ORIGINAL PETITION and EXHIBITS**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Joe Clewis** who after being duly sworn on oath states: "My name is **Joe Clewis**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Joe Clewis**

Of:   **Dallas County**

By:

Authorized Person - SCH4129 - Exp 08/31/14

Subscribed and Sworn to by Joe Clewis, Before Me, the undersigned authority, on this _12th_ day of April, 2012.

THOMAS E. CONSIDINE
Notary Public, State of Texas
My Commission Exp. 01-18-2013

**Notary Public in and for The State of Texas**

App. 14