UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., | § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., | § § § § § § | NO. 3:12-CV-01100 |
| *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Came on for consideration Plaintiffs' Motion to Remand and the Plaintiff's Supplemental Motion to Remand this case to the 101st District Court of Dallas County, Texas. Having considered such motions, the Court is of the opinion that the Motions should be Granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remand this case to the 101st District Court of Dallas County, Texas is GRANTED.

SIGNED this _____ day of _____, 2012

_____
UNITED STATES DISTRICT JUDGE