UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., | § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., | | NO. 3:12-CV-01100 |
| *Defendants.* | | |

**PLAINTIFF'S APPENDIX IN SUPPORT OF
MOTIONS TO STAY AND TO REMAND**

Plaintiff Highland Capital Management, L.P. ("Highland") files its Appendix in Support of its Motions to Stay and to Remand and would show the Court as follows:

| **Description** | **Appendix Pages** |
|---|---|
| Declaration of Lewis T. LeClair | Appendix 1-2 |
| Excerpts from December 8, 2005 Liberty CLO Indenture | Appendix 3-61 |

Dated: May 18, 2012

                                    Respectfully submitted,

                                    **McKOOL SMITH P.C.**

                                    By: */s/ Lewis LeClair*
                                        Lewis LeClair
                                        Texas State Bar No. 12072500
                                        300 Crescent Court, Suite 1500
                                        Dallas, TX 75201
                                        Telephone: (214) 978-4000
                                        Facsimile: (214) 978-4044

                                    **ATTORNEYS FOR PLAINTIFF,**
                                    **HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on all counsel of record on this the 18th day of May, 2012 through the CM/ECF system.

                                          */s/ Lewis LeClair*
                                          Lewis LeClair