UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., <br> *Plaintiff,* <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., <br> *Defendants.* | § § § § § § § § § § § § § | NO. 3:12-CV-01100 |

**DECLARATION OF LEWIS T. LECLAIR**

I, Lewis T. LeClair, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my personal knowledge, and, if called as a witness, I could and would testify competently as set out below:

1. I am over 18 years of age and have never been convicted of a crime involving moral turpitude and am otherwise competent to make this declaration.

2. I am a principal of McKool Smith P.C. I am the lead counsel for Highland Capital Management, L.P. in this matter.

3. Attached hereto as Exhibit A are true and correct copies of relevant excerpts from the December 8, 2005 Liberty CLO Indenture.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

This Declaration is executed this _____ day of May, 2012.

_____
LEWIS T. LECLAIR

Declaration of Lewis T. LeClair - Page 2
McKool 445708v1

App. 2