IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP, | § § § | |
| Plaintiff, | § § | Case No. 3:12-CV-01100-N |
| vs. | § § | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT, LLC, and THE BANK OF NEW YORK MELLON TRUST, COMPANY N.A., | § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following hereby enters his appearance as counsel for Defendant The Bank of New York Mellon Trust Company, N.A, which Plaintiff has incorrectly named as The Bank of New York Mellon Trust, N.A.:

Bradley C. Knapp
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8586
Fax: (214) 740-8800
bknapp@lockelord.com
Texas Bar No. 24060101

**NOTICE OF APPEARANCE – Page 1**

Dated:  May 21, 2012

                                                 Respectfully submitted,

                                                 */s/ Bradley C. Knapp*_____
                                                 Bradley C. Knapp
                                                     bknapp@lockelord.com
                                                     Texas Bar No. 24060101
                                               LOCKE LORD LLP
                                               2200 Ross Avenue, Suite 2200
                                               Dallas, Texas  75201
                                               Telephone: (214) 740-8514
                                               Facsimile:  (214) 740-8800

                                               Attorney for Defendant
                                               The Bank of New York Mellon Trust
                                               Company, N.A.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance has been served on this 21st day of May, 2012 on all counsel of record who are deemed to have consented to have electronic service by the Court's CM/ECF system.  Any other counsel of record will be served by first class U.S. mail.

                                               */s/ Bradley C. Knapp*_____
                                               Bradley C. Knapp