IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § Plaintiff, § § v. § CITIGROUP GLOBAL MARKETS, INC., § *et al.*, § § Defendants. § | | Civil Action No. 3:12-CV-1100-N |

## **ORDER**

This Order addresses Plaintiff Highland Capital Management, L.P.'s ("Highland") expedited motion to stay consideration of Defendant Citigroup Global Market, Inc.'s ("Citigroup") motion to dismiss or transfer pending ruling on Plaintiff's motion to remand [14]. The Court grants the motion. Accordingly, Highland's response to Citigroup's motion to dismiss or transfer [9] is due twenty-one (21) days after the date the Court rules on Highland's motion to remand [5], and Citigroup's reply is due fourteen (14) days after Highland files its response.

Signed May 21, 2012.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE