IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HIGHLAND CAPITAL, MANAGEMENT, LP., § § | |
| Plaintiff, § § | |
| v. § § | |
| CITIGROUP GLOBAL MARKETS, INC., § BABSON CAPITAL MANAGEMENT § LLC, and THE BANK OF NEW YORK § MELLON TRUST, N.A., § | Case No. 3:12-CV-01100 |
| Defendants. § | |

## ORDER

Having considered Defendant Bank of New York Mellon Trust, N.A.'s Unopposed Motion to Extend the Deadline to File Its Responsive Motion or Pleading,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Extend Deadline to File Responsive Motion or Pleading is granted, and Defendant Bank of New York Mellon Trust, N.A. shall have until, and including, the fifteenth (15th) day after the Court signs and enters its order ruling on Plaintiff's pending Motion to Remand to file its responsive motion or pleading to Plaintiff's Amended Original Petition.

Signed May 25, 2012.

_____
David C. Godbey
United States District Judge

O<span>RDER</span> - S<span>OLO</span>