UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., | § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., | | NO. 3:12-CV-01100 |
| *Defendants.* | | |

**PLAINTIFF'S APPENDIX TO
REPLY IN SUPPORT OF SUPPLEMENTAL MOTION TO REMAND**

Plaintiff Highland Capital Management, L.P. ("Highland") files its Appendix to its Reply in Support of its Supplemental Motion to Remand and would show the Court as follows:

| **Description** | **Appendix Pages** |
|---|---|
| Declaration of Lewis T. LeClair | Appendix 1-2 |
| Exhibit A: Apr. 6, 2012 Citation and Officer's Return for Babson Capital Management LLC. | Appendix 3-4 |
| Exhibit B: Apr. 6, 2012 Citation and Officer's Return for Citigroup Global Markets, Inc. | Appendix 5-6 |

Plaintiff's Appendix to Reply In Support of Supplemental Motion to Remand - Page 1
McKool 448242v1

Dated: June 22, 2012

        Respectfully submitted,

        **McKOOL SMITH P.C.**

    By: */s/ Lewis LeClair*
        Lewis LeClair
        Texas State Bar No. 12072500
        300 Crescent Court, Suite 1500
        Dallas, TX 75201
        Telephone: (214) 978-4000
        Facsimile: (214) 978-4044

        **ATTORNEYS FOR PLAINTIFF,**
        **HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record on this the 22nd day of June, 2012 through the CM/ECF system.

        */s/ Lewis LeClair*
        Lewis LeClair

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., <br> *Plaintiff,* <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., <br> *Defendants.* | § § § § § § § § § § § § § | NO. 3:12-CV-01100 |

## DECLARATION OF LEWIS T. LECLAIR

I, Lewis T. LeClair, hereby declare under penalty of perjury that the facts set forth herein are true and correct to the best of my personal knowledge, and, if called as a witness, I could and would testify competently as set out below:

1. I am over 18 years of age and have never been convicted of a crime involving moral turpitude and am otherwise competent to make this declaration.

2. I am a principal of McKool Smith P.C. I am the lead counsel for Highland Capital Management, L.P. in this matter.

3. Attached hereto as Exhibit A are true and correct copies of the Citation and Officer's Return for Babson Capital Management LLC.

4. Attached hereto as Exhibit B are true and correct copies of the Citation and Officer's Return for Citigroup Global Markets, Inc.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

This Declaration is executed this 22nd day of June, 2012.

_____
LEWIS T. LECLAIR

# EXHIBIT A

Case 3:12-cv-01100-N   Document 33   Filed 06/22/12   Page 5 of 10   PageID 484

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

**ATTY**

**CITATION**

**DC-12-03783**

FILED
2012 APR 12 AM 11: 22
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

HIGHLAND CAPITAL
MANAGEMANT LP
vs.
CITIGROUP GLOBAL
MARKETS INC, et al

ISSUED THIS
6th day of April, 2012

GARY FITZSIMMONS
Clerk of District Courts,
Dallas County, Texas

By: EVETTE LAMB, Deputy

**Attorney for Plaintiff**
Lewis Titus Leclair
300 Crescent Court, STE 1500
Dallas Tx 75201
214-978-4984

DALLAS COUNTY CONSTABLE
FEES NOT PAID

DALLAS COUNTY
FEES
PAID

To:   BABSON CAPITAL MANAGEMENT, LLC BE SERVED THROUGH ITS REGISTERED
      AGENT CT CORPORATION SYSTEM
      350 N ST PAUL ST STE 2900
      DALLAS TX 75201-4234

**GREETINGS:**
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **HIGHLAND CAPITAL MANAGEMANT LP**

Filed in said Court **5th day of April, 2012** against

**CITIGROUP GLOBAL MARKETS INC., ETAL**

For Suit, said suit being numbered **DC-12-03783**, the nature of which demand is as follows:
Suit on **OTHER CONTRACT** etc. as shown on said petition ,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of April, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
   EVETTE LAMB

App. 3

# OFFICER'S RETURN

Case No.: DC-12-03783

Court No.101st District Court

Style: HIGHLAND CAPITAL MANAGEMANT LP

vs.

CITIGROUP GLOBAL MARKETS INCet al

Came to hand on the __6th__ day of __April__, 20__12__, at __12:05__ o'clock __P__.M. Executed at __350 N St. Paul, Ste 2900 Dallas Tx 75201__

within the County of __Dallas__ at __12:25__ o'clock __P__.M. on the __6th__ day of __April__

20__12__, by delivering to the within named

__Babson Capital Management, LLC by delivering to CT Corporation System by leaving with Amber Carrouth, Authorized Agent__

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | |
|---|---|
| For serving Citation | $ |
| For mileage | $ |
| For Notary | $ |

__Adam Bridgewater  SCH237 exp 7/31/14__

of __Dallas__ County, Tx

By __Adam Bridgewater__ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said __Adam Bridgewater__ before me this __10th__ day of __April__, 20__12__,

to certify which witness my hand and seal of office.

Notary Public __Dallas__ County, __Texas__



GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2013

# EXHIBIT B

| ATTY | |
|---|---|
| **CITATION** | |
| DC-12-03783 | |
| HIGHLAND CAPITAL MANAGEMANT LP vs. CITIGROUP GLOBAL MARKETS INC, et al | |
| ISSUED THIS 6th day of April, 2012 | |
| GARY FITZSIMMONS Clerk District Courts, Dallas County, Texas | |
| By: EVETTE LAMB, Deputy | |
| **Attorney for Plaintiff** Lewis Titus Leclair 300 Crescent Court, STE 1500 Dallas Tx 75201 214-978-4984 | |

DALLAS COUNTY CONSTABLE
FEES NOT PAID

FEES PAID

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:  CITIGROUP GLOBAL MARKETS INC BE SERVED THROUGH ITS REGISTERED
     AGENT CT CORPORATION SYSTEM
     350 N ST PAUL ST STE 2900
     DALLAS TX 75201-4234

FILED
2012 APR 12  AM 11:21
GARY FITZSIMMONS
DALLAS CO., TEXAS
_____ DEPUTY

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being HIGHLAND CAPITAL MANAGEMANT LP

Filed in said Court **5th** day of April, 2012 against

CITIGROUP GLOBAL MARKETS INC., ETAL

For Suit, said suit being numbered **DC-12-03783**, the nature of which demand is as follows:
Suit on **OTHER CONTRACT** etc. as shown on said petition,
a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 6th day of April, 2012.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
      EVETTE LAMB

App. 5

# OFFICER'S RETURN

Case No.: DC-12-03783

Court No.101st District Court

Style: HIGHLAND CAPITAL MANAGEMANT LP

vs.

CITIGROUP GLOBAL MARKETS INCet al

Came to hand on the 6th day of April, 2012, at 12:05 o'clock P.M. Executed at 350 N St Paul, Ste 2900, Dallas Tx 75201 within the County of Dallas at 12:25 o'clock P.M. on the 6th day of April 2012, by delivering to the within named Citigroup Global Markets, Inc By delivering to CT Corporation System by leaving with Amber Carrouth, Authorized Agent

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

Adam Bridgewater SCH232 exp 7/31/14
of Dallas County, Tx
By [signature] Adam Bridgewater  ~~Deputy~~

For serving Citation $ _____
For mileage $ _____
For Notary $ _____

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said Adam Bridgewater before me this 10th day of April, 2012, to certify which witness my hand and seal of office.

[signature] Greg Benefield
Notary Public Dallas County, Texas



GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2013