UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., *Plaintiff,* | § | |
| v. | § | |
| CITIGROUP GLOBAL MARKETS, INC., BABSON CAPITAL MANAGEMENT LLC, and THE BANK OF NEW YORK MELLON TRUST, N.A., *Defendants*. | § | NO. 3:12-CV-01100 |

**CITIGROUP GLOBAL MARKETS, INC.'S SUPPLEMENTAL**
**CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 STATEMENT**

Defendant Citigroup Global Markets, Inc. ("CGMI") files this Supplemental Certificate of Interested Persons and Rule 7.1 Statement in accordance with LOCAL RULE 7.4 and FEDERAL RULE OF CIVIL PROCEDURE 7.1.

CGMI is a wholly owned subsidiary of Citigroup Financial Products Inc., which is a wholly owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. has no parent corporation and no publicly held corporation owns 10% or more of Citigroup Inc.'s stock.

In addition to the entities identified above, the following entities also have a financial interest in the outcome of this case:

1. Highland Capital Management, LP, Plaintiff;
2. Babson Capital Management, LLC, Defendant; and
3. The Bank of New York Mellon Trust, N.A., Defendant

Dated: June 26, 2012

Respectfully submitted,

/s/ *George M. Kryder*

George M. Kryder
State Bar No. 11742900
Michael C. Holmes
State Bar No. 24002307
Manuel G. Berrelez
State Bar No. 24057760
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

Marshall H. Fishman
(Admitted *pro hac vice*)
Patrick D. Oh
(Admitted *pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000

*Attorneys for Defendant Citigroup Global Markets, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served upon counsel of record on this 26th day of June, 2012, in accordance with the Federal Rules of Civil Procedure.

/s/ *Manuel G. Berrelez*

Manuel G. Berrelez

US 1462240v.1